UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FRESH START BVBA, et al.,

    Plaintiffs,                                      Case No. 21-cv-10315
v.                                                Hon. Matthew F. Leitman

JAFFE RAITT HEUER
& WEISS, PC, et al.,

    Defendants.
_____/

## ORDER DISMISSING CLAIMS BY PLAINTIFF FRESH START BVBA WITHOUT PREJUDICE

In this action, Plaintiff Benjamin Ginsburg asserts claims on behalf of himself and on behalf of the corporate entity he owns, Fresh Start BVBA. (*See* Complaint, ECF No. 1.) Under well-settled federal law, Ginsburg, a non-lawyer, may not prosecute claims on behalf of Fresh Start BVBA, a corporate entity. (*See* case law cited in Show Cause Order, ECF No. 7.)

On April 6, 2021, the Court gave Ginsburg 30 days to retain counsel on behalf of Fresh Start BVBA, and the Court advised Ginsburg that it would dismiss the claims brought on behalf of Fresh Start if counsel for that entity had not appeared in this action by May 6, 2021. (*See* Docket Entry for April 6, 2021.) Counsel has not yet appeared in this action for Fresh Start. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the claims brought on behalf of Fresh Start BVBA. The

1

sole remaining plaintiff in this action is Ginsburg, and the sole remaining claims in this action as of now are the claims asserted by Ginsburg on his own behalf.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 17, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764