UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRESH START BVBA, et al.,

    Plaintiff,

v.

JAFFE RAITT HEUER & WEISS, PC, et al.,

    Defendant.

_____/

Case No. 21-cv-10315
Hon. Matthew F. Leitman

## JUDGMENT

In accordance with the court's Order Granting Defendants' Motion for Summary Judgment (ECF No. 16), entered on today's date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                              By:   s/Holly A. Ryan
                                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 9, 2022
Detroit, Michigan

1